UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:07-CR-51 |
| | ) | JUDGE PHILLIPS |
| DEANTAY MONTGOMERY | ) | |

## ORDER

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the indictment in the above-styled case be dismissed with prejudice as to this defendant only.

ENTER:

*Thomas W. Phillips*
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE